Order entered December 27, 2012

 [pic]

 In The
 Court of Appeals
 Fifth District of Texas at Dallas

 No. 05-12-00551-CR

 KEITH BRONSHA PAUL, Appellant

 V.

 The State of Texas, Appellee

 On Appeal from the Criminal District Court No. 7
 Dallas County, Texas
 Trial Court Cause No. F10-42449-Y

 ORDER

 The Court ORDERS court reporter Sharon Hazlewood to file, within
FIFTEEN DAYS of the date of this order, a supplemental record containing a
copy of State's Exhibit no. 32, a DVD.
 We DIRECT the Clerk to send a copy of this order, by electronic
transmission, to Sharon Hazelwood, official court reporter, Criminal
District Court No. 7, and to counsel for all parties.

 /s/ DAVID L. BRIDGES
 JUSTICE